No. 334. HEINECKE v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Stanley M. Dietz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 342. HILLIARD v. TENNESSEE. Motion of respondent for leave to supplement the record granted. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Robert C. Boyce, Jr.* and *E. C. Yokley* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Walker T. Tipton,* Assistant Attorney General, for respondent.

No. 367. CITY OF LONG BEACH ET AL. v. NATIONAL DEVELOPMENT CO. ET AL. C. A. 9th Cir. Certiorari denied. *Arch E. Ekdale* for petitioners. *William A. C. Roethke* for respondents.

No. 377. ROGERS ET AL. v. ALASKA STEAMSHIP CO. ET AL. C. A. 9th Cir. Certiorari denied. *Allan Brotsky* for petitioners. *William R. Wallace, Jr., Edward D. Ranson, Alvin J. Rockwell, Richard Ernst, Richard G. Logan* and *George D. Wick, Jr.* for respondents.

No. 365. NOLAN, ADMINISTRATOR, ET AL. v. TRANSOCEAN AIR LINES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Edward M. O'Brien* for petitioners. *William J. Junkerman* for respondent.